IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RONALD D. KELLY, 15592-064, ) | |
|     Petitioner, ) | |
| ) | |
| v.  ) | No. 3:05-CV-1402-K |
| ) | |
| WARDEN DAN JOSLIN, ) | |
|     Respondent. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this ___23rd_____ day of _September_ 2005.


                                                                /s/
                                                                ED KINKEADE
                                                                UNITED STATES DISTRICT JUDGE

**Findings, Conclusions, and Recommendation**
**of the United States Magistrate Judge**